**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ardell Hudson v. Leroy H. Simms/Chartoni, Inc. D/B/A The Caring Circle Day Care Center

Appellate case number:    01-14-00917-CV

Trial court case number:   1049032

Trial court:            County Civil Court at Law No. 3 of Harris County

On November 12, 2014, appellant, Ardell Hudson, proceeding *pro se*, timely filed a notice of appeal in the trial court from the take-nothing judgment, signed by the trial court on October 22, 2014, in this contract case. *See* TEX. R. APP. P. 26.1. On March 24, 2015, appellant filed his appellate brief, setting appellee's brief to be due within 30 days. *See id.* 38.6(b). Because appellee failed to timely file its brief, the Clerk of this Court sent a notice on May 4, 2015, informing appellee that the time for filing appellee's brief had expired and, unless appellee's brief or an extension was filed within 10 days of that notice, that this Court may set this appeal for submission without an appellee's brief. *See id.* 10.5(b), 38.6(d). However, appellee failed to file a timely appellate brief or extension.

Accordingly, this Court requests that an appellee's brief be filed with an extension request, or a notice that no brief will be filed, from appellee's counsel, Leroy H. Simms, **within 10 days of the date of this order**. *See* TEX. R. APP. P. 2, 10.5(b), 38.6(b), (d). The Court notifies appellee that, if no appellee's brief or extension is timely filed within 10 days of the date of this order, this Court will set this appeal for submission on the appellant's brief only. *See id.* 38.9(a). Appellant's reply brief, if any, must be filed within 20 days after the appellee's brief is filed. *See id.* 38.6(c).

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                        ☒ Acting individually    ☐ Acting for the Court

Date: December 10, 2015